Opinion issued May 19, 2022



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00253-CV

## NO. 01-22-00254-CV

_____

## IN RE TINA THUY TRUONG, Relator

---

**Original Proceeding on Petitions for Writ of Mandamus and for Writ of Prohibition**

---

## MEMORANDUM OPINION

Relator Tina Thuy Truong filed a petition for writ of mandamus and a petition for writ of prohibition, asking that we order the trial court to vacate the existing orders appointing a receiver and to prohibit the trial court from entering further

orders appointing a receiver.[1]  Relator also filed a supplemental petition, asking that we order the trial court to dissolve the existing order appointing a receiver, prohibit the real party in interest, Hoa Hiep Hoang, from seeking a receiver to manage the affairs and property of relator or nonparties, and prohibit the receiver from taking further action based on the trial court's receiver-related orders.

On May 5, 2022, relator filed unopposed motions to dismiss both petitions.[2] We grant the motions and dismiss these petitions.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

---

[1]     The underlying case is *In the Matter of the Marriage of Tina Thuy Truong and Hoa Hiep Hoang*, cause number 2020-54609, pending in the 245th District Court of Harris County, Texas, the Honorable Tristan Longino presiding.

[2]     Although counsel refers to both petitions as petitions for writ of mandamus, the petition filed in appellate case number 01-22-00254-CV was a petition for writ of prohibition.